```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                   "KENNETH WELCH V MOA ET AL"

     Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/23/00
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   28:1343(3)
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 02/23/00 receipt # 00111284
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WELCH, KENNETH | Randall G. Simpson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844 |
| | | Kenneth W. Legacki<br>425 G Street, Suite 920<br>Anchorage, AK 99501<br>907-258-2422<br>FAX 907-278-4848 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Theresa Hillhouse<br>Municipal Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545 |
| | | Douglas S. Parker<br>Preston Gates & Ellis<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1937<br>907-276-1969<br>FAX 907-276-1365 |
| DEF 2.1 | [T] UDLAND, DUANE | No counsel found for this party! |
| DEF 3.1 | [T] MEW, MARK | No counsel found for this party! |
| DEF 4.1 | [T] KATKUS, TOM | No counsel found for this party! |
| DEF 5.1 | [T] RICHTER, BRUCE | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0055--CV (HRH)
             "KENNETH WELCH V MOA ET AL"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| DEF 6.1   [T] GILLIAM, GARRY | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                              "KENNETH WELCH V MOA ET AL"

                                   For all filing dates


  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/23/00
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   28:1343(3)
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 02/23/00 receipt # 00111284
         Trial by: Jury


 Document #   Filed     Docket text

     1 -  1  02/23/00   Complaint filed.

     1 -  2  02/23/00   PLF 1 Jury Demand.

     2 -  1  02/29/00   HRH Minute Order that any request for assistance of counsel must be
                        filed by 3/29/00 & parties must be served by 6/22/00. cc: cnsl, PSLC

  NOTE -  1  03/20/00   Issued: summons re: def 2 - 5.

     3 -  1  03/29/00   PLF 1 Return of Service Executed on 03/20/00 re: def 5 via personal
                        service.

     4 -  1  03/29/00   PLF 1 Return of Service Executed ON 03/20/00 re: def 3 via personal
                        service.

    4A-  1  03/29/00    PLF 1 Return of Service Executed re D2 3/20/00.

    4B-  1  03/29/00    PLF 1 Return of Service Executed re D4 on 3/20/00.

     5 -  1  05/25/00   HRH Minute Order that answer/default due 20 days re: D3&D5. cc: cnsl

     6 -  1  06/15/00   HRH Minute Order Warning dismissal re: D3&5; answer/default by 120 days.
                        cc: cnsl

     7 -  1  06/22/00   PLF 1 Response to Order at dkt #6 re: warning for failure to take
                        action.

     8 -  1  06/26/00   HRH Minute Order Warning of dismissal for failure to serve (re: D1). cc:
                        cnsl

     9 -  1  06/26/00   HRH Minute Order Warning dismissal for failure to take action (re:
                        D2&4). cc: cnsl

    10 -  1  06/26/00   PLF 1 Response to Order at dkt 9 re: warning for failure to take action
                        w/att exh.

    11 -  1  06/29/00   DEF 1-5 Limited entry of appearance of S. Erwin.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                                   "KENNETH WELCH V MOA ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

    12 -   1   06/29/00   DEF 1-5 motion to dismiss for lack of proper service w/att exhs.

    13 -   1   07/03/00   PLF 1 opposition to DEF 1-5 motion to dismiss for lack of proper service
                          (12-1).

    14 -   1   07/05/00   DEF 1-5 reply to opposition (response) to DEF 1-5 motion to dismiss for
                          lack of proper service (12-1).

    15 -   1   07/12/00   HRH Order denying m otion to dismiss for lack of proper service (12-1).
                          Plf shall have 21 days to effect proper service of his summons &
                          complaint upon each def.   cc: cnsl

  NOTE -   2   07/31/00   Issued: summons to B. Richter, D. Udland, T. Katkus, M. Mew & MOA.

    16 -   1   08/02/00   PLF 1 Proof of Service Executed re: def 1 on 08/02/00, def 5 on
                          08/01/00, def 2 on 08/01/00, def 3 on 08/01/00 & def 4 on 08/01/00 w/att
                          exhs.

    17 -   1   08/21/00   DEF 1 Answer to Complaint.

    18 -   1   08/21/00   DEF 2-5 motion to dismiss for lack of proper service.

    19 -   1   08/21/00   DEF 1-5 Limited Entry of Appearance re: def 2 - 5 & entry of appearance
                          re: def 1, Anchorage Police Department of P. Huna-Jines.

    20 -   1   08/30/00   PLF 1 motion (request) for extension to confer with legal counsel.

    21 -   1   09/18/00   DEF 1-5 opposition to PLF 1 motion (request) for extension to confer
                          with legal counsel (20-1).

    22 -   1   09/22/00   HRH Order granting motion (request) for extension to confer with legal
                          counsel (20-1); crt with deny mot to dismiss if proof of service
                          provided within 14 days; if not served crt will grant mot to dismiss
                          w/prejudice. cc: cnsl

  NOTE -   3   09/29/00   Issued: summons to def 1 - 5 & G. Gilliam.

    23 -   1   10/05/00   PLF 1 Return of Service Executed on 10/03/00 re: def 1; on 10/04/00 re:
                          def 2; def 3; def 4; def 5; & G. Gilliam via personal service w/att
                          exhs.

    24 -   1   10/18/00   HRH Minute Order denying motion to dismiss for lack of proper service.
                          (18-1).   cc: cnsl

    25 -   1   10/18/00   DEF 1-5 Answer to Complaint.

    26 -   1   10/18/00   DEF 1-5 Entry of Appearance.

    27 -   1   10/20/00   HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 21 days. cc: cnsl

    28 -   1   10/20/00   PLF 1 Response to answer.

    29 -   1   11/03/00   DEF 1-5  Initial Case Status Report.

    30 -   1   11/07/00   HRH Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 06/30/01; Dispositive motions deadline 07/30/01; Estimate of
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                              "KENNETH WELCH V MOA ET AL"

                                  For all filing dates

Document #   Filed      Docket text
─────────────────────────────────────────────────────────────────────────────────
                        trial 4 days. cc: cnsl

   31 -  1   12/12/00   DEF 1-5 Attorney Substitution of S. Ebenal (MOA) for Patricia Huna-Jines
                        (MOA).

   32 -  1   02/08/01   PLF 1 motion to amend scheduling & planning order w/att exhs (including
                        aff of cnsl).

   33 -  1   02/08/01   PLF 1 Attorney Appearance of K. Legacki.

   34 -  1   02/26/01   DEF 1-5 opposition to PLF 1 motion to amend scheduling & planning order
                        (32-1)

   35 -  1   02/28/01   PLF 1 motion for ext of time to amend pleadings (to 3/2/01).

   35 -  2   03/02/01   HRH Order granting #35. cc: cnsl

   36 -  1   03/02/01   DEF 1-5 non-opposition to #35.

   37 -  1   03/02/01   PLF 1 motion to amend complaint, w/att memo & proposed 2d amended
                        complaint.

   38 -  1   03/08/01   PLF 1 reply to opposition to PLF 1 motion to amend scheduling & planning
                        order (32-1)

   39 -  1   03/15/01   HRH Order granting motion to amend scheduling & planning order (32-1);
                        cnsl to confer & propose to crt by 3/30/01 appropriate modifications to
                        S&P order. cc: cnsl

   40 -  1   03/22/01   HRH Order granting motion to amend complaint (37-1). cc: cnsl

   41 -  1   03/22/01   PLF 1 Complaint (2nd Amended).

   42 -  1   03/26/01   DEF 1-5 Answer to second amended complaint.

   43 -  1   03/30/01   PLF 1; DEF 1-5 Response to Order/proposed modifications to court's S&P
                        order.

   44 -  1   04/30/01   DEF 1-5 Preliminary Witness List.

   45 -  1   04/30/01   PLF 1 Preliminary Witness List.

   46 -  1   05/09/01   DEF 1-6 motion for summary judgment, w/att memo, unsigned aff of Garry
                        Gilliam, notice of filing unsigned aff; aff of Chief Mew, exhs

   47 -  1   05/14/01   DEF 1-6 Affidavit (original) of Gary Gilliam re: DEF 1-6 motion for
                        summary judgment (46-1)

   48 -  1   05/16/01   DEF 1-6 motion to quash plf's request for taking audio-visual R30(b)(6)
                        deposition of Muni of Anchorage w/att memo.

   49 -  1   05/25/01   PLF 1 opposition to DEF 1-6 motion to quash plf's request for taking
                        audio-visual R30(b)(6) deposition of Muni of Anchorage (48-1)

   50 -  1   05/25/01   PLF 1; DEF 1-5 Stipulation that opp to #46 shall be due 15 days after
                        ruling on def's mot to quash

   50 -  2   05/30/01   HRH Order granting #50. cc: cnsl
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                               "KENNETH WELCH V MOA ET AL"

                                     For all filing dates


 Document #    Filed     Docket text

     51  -  1  06/04/01  DEF 1-6 reply to opposition to DEF 1-6 motion to quash plf's request for
                         taking audio-visual R30(b)(6) deposition of Muni of Anchorage (48-1)

     52  -  1  06/08/01  HRH Order granting motion to quash plf's request for taking audio-visual
                         R30(b)(6) deposition (48-1). cc: cnsl

     53  -  1  06/15/01  PLF 1 motion for reconsideration of #52, w/att exh & aff

     54  -  1  06/20/01  HRH Minute Order that plf's mot for reconsideration at #53 will be
                         treated as a R56(f) motion; defs' opp due 10 days; plf's reply 15 days
                         from date of this MO. cc: cnsl

     55  -  1  07/02/01  DEF 1-6 opposition to PLF 1 motion for reconsideration of #52 (53-1).

     56  -  1  07/05/01  PLF 1 motion for ext (to 7/9/01) to reply to opp to mot for
                         reconsideration/Rule 56 w/att aff

     57  -  1  07/06/01  HRH Order granting motion for ext (to 7/9/01) to reply to opp to mot for
                         reconsideration/Rule 56 (56-1). cc: cnsl

     58  -  1  07/09/01  VACATED BY #60 - HRH Minute Order that proof of service due 20 days (re:
                         D6). cc: cnsl

     59  -  1  07/09/01  PLF 1 reply to opposition to PLF 1 motion for reconsideration of #52
                         (53-1)

     60  -  1  07/12/01  HRH Minute Order vacating MO at #58. cc:cnsl

     61  -  1  07/12/01  PLF 1 signed affidavit of K. Welch re: PLF 1 motion for reconsideration
                         of #52 (53-1)

     62  -  1  07/27/01  HRH Order denying motion for reconsideration (53-1); plf's opp to defs'
                         mot for SJ due 8/10/01. cc: cnsl

     63  -  1  08/10/01  PLF 1 opposition to DEF 1-6 motion for summary judgment (46-1)

     64  -  1  08/17/01  PLF 1; DEF 1-6 Stipulation for ext to 8/24/01 to file reply to mot for
                         SJ on statutes of limitations

     64  -  2  08/20/01  Order granting stipulation for ext to 8/24/01 to file reply to mot for
                         SJ on statutes (64-1). cc: cnsl

     65  -  1  08/24/01  DEF 5 Attorney Appearance of Robert Wagstaff

     66  -  1  08/24/01  DEF 1-4; 6 reply to opposition to DEF 1-6 motion for summary judgment
                         (46-1)

     67  -  1  08/29/01  DEF 5 reply to opposition to DEF 1-6 motion for summary judgment (46-1)

     68  -  1  09/26/01  PLF 1; DEF 1-6 Stipulation to vacate parties' proposed modifications to
                         crt's S&P order; parties to submit new proposed PT deadlines within 20
                         days of ruling of mot for SJ.

     68  -  2  10/01/01  JKS Order granting stipulation to vacate parties' proposed modifications
                         to crt's S&P order & that parties will submit new proposed PT deadlines
                         within 20 days of crt's distribution of ruling on defs' mot for SJ
                         (68-1). cc: cnsl

 ACRS: R_VDSDX                    As of 12/01/05 at 2:56 PM by GARRY                       Page 4
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                                  "KENNETH WELCH V MOA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 11/16/01 | HRH Order granting/denying motion for summary judgment (46-1); granted as to 42:200e claim; denied as to other claims. cc: cnsl |
| 70 - 1 | 12/06/01 | Joint motion for extension of time until 20 days after mediation to submit prop pretrial ddlns. |
| 71 - 1 | 12/07/01 | HRH Order granting motion Joint motion for extension of time until 20 days after mediation to file second proposed modifications to courts S&P order (70-1).  cc: cnsl |
| 72 - 1 | 03/13/02 | PLF 1 Status Report re: mediation. |
| 73 - 1 | 03/15/02 | HRH Minute Order that further report re status of mediation due 4/15/02. cc: cnsl |
| 74 - 1 | 04/15/02 | PLF 1 Second Status Report re: mediation. |
| 75 - 1 | 04/23/02 | PLF 1 motion to compel production of Rowland report prior to mediation w/att memo |
| 76 - 1 | 04/23/02 | PLF 1 motion for shortened time consideration re #75 |
| 77 - 1 | 04/23/02 | HRH Order granting motion for shortened time consideration re #75 (76-1); response to mot to compel due 4/29/02, any reply is due 5/2/02. cc: cnsl |
| 78 - 1 | 04/29/02 | DEF 1-4; 6 opposition to PLF 1 motion to compel production of Rowland report prior to mediation  (75-1) |
| 79 - 1 | 05/01/02 | PLF 1 reply to opposition to PLF 1 motion to compel production of Rowland report prior to mediation (75-1) |
| 80 - 1 | 05/10/02 | HRH Order granting motion to compel production of Rowland report prior to mediation (75-1). cc: cnsl |
| 81 - 1 | 05/15/02 | PLF 1 Third Status Report re: mediation. |
| 82 - 1 | 05/15/02 | PLF 1 motion for sanctions against Muni |
| 83 - 1 | 05/17/02 | HRH Minute Order setting S&P conf for 5/21/02 at 4:30 in chambers. cc: cnsl |
| 84 - 1 | 05/22/02 | DEF 1 opposition to PLF 1 motion for sanctions against Muni (82-1) |
| 85 - 1 | 05/23/02 | DEF 1-4; 6 Ntc of filing exh A to oppo re: PLF 1 motion for sanctions against Muni (82-1) w/att exh. |
| 86 - 1 | 05/28/02 | HRH Scheduling and Planning Order setting pretrial deadlines: Discovery to close 11/29/02; Dispositive motions deadline 12/29/02; Estimate of trial 5 days; TBJ. cc: cnsl |
| 87 - 1 | 06/21/02 | DEF 1-6 Preliminary Witness List. |
| 88 - 1 | 06/24/02 | PLF 1 Preliminary Witness List. |
| 89 - 1 | 07/03/02 | HRH Order denying motion for sanctions against Muni (82-1). cc: cnsl |

Case 3:00-cv-00055-HRH   Document 298   Filed 02/23/2000   Page 8 of 19

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                             "KENNETH WELCH V MOA ET AL"
```

For all filing dates

```
Document #   Filed     Docket text

   90 -  1   07/12/02  DEF 2 Attorney Appearance of Robert Wagstaff

   91 -  1   07/15/02  PLF 1; DEF 3-6 Stipulation to dismiss Mew, Katkus, Richter, Gilliam
                       w/prejudice, each to bear own costs & fees.

   91 -  2   07/16/02  Order granting stipulation to dismiss Mew, Katkus, Richter, Gilliam
                       w/prejudice (91-1), each to bear own costs & fees. cc: cnsl

   92 -  1   10/01/02  PLF 1; DEF 1-2 Stipulation for protective order.

   93 -  1   10/07/02  HRH Order granting stipulation for protective order (92-1) (also allows
                       documents to be filed under seal w/court). cc: cnsl

   94 -  1   10/11/02  DEF 1 Final Witness List.

   95 -  1   10/11/02  DEF 2 Final Witness List.

   96 -  1   10/11/02  PLF 1 Final Witness List.

   97 -  1   10/15/02  PLF 1 Supplement to final wit list.

   98 -  1   11/18/02  PLF 1 Unopposed motion to ext discovery from 11/29/02 to 5/30/03 w/att
                       exhs

   99 -  1   11/19/02  HRH Order granting unopposed motion to ext discovery from 11/29/02 to
                       5/30/03 (98-1). cc: cnsl

  100 -  1   12/27/02  DEF 1 Amended Expert Witness List.

  101 -  1   06/10/03  PLF 1 motion to exclude experts for failure to provide expert reports &
                       to respond to discovery requests w/att exhs

  102 -  1   07/02/03  DEF 1 non-opposition to PLF 1 motion to exclude experts for failure to
                       provide expert reports & to respond to discovery requests (101-1)

  103 -  1   07/07/03  HRH Order granting motion to exclude experts for failure to provide
                       expert reports & to respond (101-1) to discovery requests. cc: cnsl

  104 -  1   07/08/03  HRH Order re: certification of readiness for trial; parties to certify
                       or file a report within 15 days from the date of this order. cc:cnsl

  105 -  1   07/14/03  DEF 1 motion to ext time for dispositive mots & mots in limine from 6/30
                       to 7/18/03

  106 -  1   07/18/03  DEF 1 motion for summary judgment w/att memo.

  107 -  1   08/04/03  HRH Order granting mot to ext time for disp mots & mots in limine from
                       6/30 to 7/18/03 (105-1) & setting the following dates: Disp mot ddln
                       07/18/03. cc: cnsl

  108 -  1   08/05/03  PLF 1 motion for extension of time until 8/29/03 to file opposition to
                       motion for summary judgment.

  109 -  1   08/06/03  HRH Order granting mot for ext of time until 8/29/03 to file oppo to mot
                       for sj (108-1). cc: cnsl
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                   "KENNETH WELCH V MOA ET AL"

                         For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 110 - | 1 | 08/07/03 | DEF 5 non-opposition to mot for ext of time to respond to defs' mot for SJ |
| 111 - | 1 | 08/18/03 | DEF 2 motion to amend witness list w/att memo, aff, exhs |
| 112 - | 1 | 08/22/03 | DEF 2 joinder to DEF 1 motion for summary judgment (106-1) . |
| 113 - | 1 | 08/29/03 | PLF 1; DEF 1-2 Stip that plf has to 9/5/03 to respond to mot for SJ |
| 113 - | 2 | 09/02/03 | Order granting stipulation that plf has to 9/5/03 to respond to mot for SJ (113-1). cc: cnsl |
| 114 - | 1 | 09/05/03 | PLF 1 opposition to DEF 2 motion to amend witness list (111-1) |
| 115 - | 1 | 09/05/03 | PLF 1 Notice of filing plf's opp to defs' mot for SJ under seal |
| 116 - | 1 | 09/05/03 | {SEALED} |
| 117 - | 1 | 09/09/03 | DEF 2 reply to opposition to DEF 2 motion to amend witness list (111-1) |
| 118 - | 1 | 09/12/03 | HRH Order granting motion to amend witness list (111-1); plf to file appropriate mot raising Rule 702 issues if any NLT 15 days after Fitzsimons is deposed or 15 days after decision not to depose. cc: cnsl |
| 119 - | 1 | 09/16/03 | PLF 1; DEF 1-2 Stip for ext to 10/3/03 to file reply re mot for summary judgment |
| 119 - | 2 | 09/17/03 | Order granting stipulation for ext to 10/3/03 to file reply re mot for summary judgment (119-1). cc: cnsl |
| 120 - | 1 | 10/03/03 | DEF 1 motion for 1 week ext (to 10/10/03) to file reply to mot for summary jmt |
| 121 - | 1 | 10/07/03 | HRH Order granting motion for 1 week ext (to 10/10/03) to file reply to mot for summary jmt (120-1). cc: cnsl |
| 122 - | 1 | 10/10/03 | {SEALED} |
| 123 - | 1 | 10/14/03 | DEF 1 Supplemental Information to Final Witness List |
| 124 - | 1 | 10/14/03 | PLF 1 Request for Oral Argument re: DEF 1 motion for summary judgment (106-1) |
| 125 - | 1 | 10/14/03 | DEF 1 Supplemental authority re reply re: DEF 1 motion for summary judgment (106-1) |
| 126 - | 1 | 10/22/03 | HRH Minute Order setting oral argument on mot for SJ at #106 for 12/2/03 at 8:30 am; 15 minutes per side. cc: cnsl |
| 127 - | 1 | 12/03/03 | HRH Order denying motion for summary judgment (106-1). Udland's motion in limine shall be served and filed on or before 12/19/03. The remaining discovery shall be completed on or before 1/30/04. The court will issue its order that the parties certify the case ready for trial on 1/30/04. cc: cnsl |
| 128 - | 1 | 12/03/03 | HRH Court Minutes [ECR: Elisa Singleton] O/A on motion for summary judgment held 12/2/03.  Defs mot for sj is denied.  Parties given 60 |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                                "KENNETH WELCH V MOA ET AL"

                                      For all filing dates

Document #    Filed      Docket text
----------    -----      -----------
                         days for remaining discovery matters & mot in limine re: Arbitrators
                         ruling to be filed by Mr. Wagstaff.  cc: cnsl

  129 -   1   12/17/03   DEF 1-2 motion for extension of time until 1/5/04 to file a motion in
                         limine w/att aff.

  130 -   1   01/05/04   DEF 1-6 motion to exclude evidence w/att exhs.

  131 -   1   01/07/04   HRH Order granting motion for extension of time until 1/5/04 to file a
                         motion in limine (129-1).  cc: cnsl

  132 -   1   01/23/04   PLF 1 motion for extension of time to respond to defendants' motion to
                         exclued evidence.

  133 -   1   01/30/04   RRB Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

  134 -   1   02/09/04   PLF 1 motion for second extension of time to respond to defendants'
                         motion to exclude evidence until 2/13/04.

  135 -   1   02/10/04   DEF 1-2 Unopposed motion to postpone trial setting until the motion in
                         limine has been decided.

  136 -   1   02/10/04   DEF 1-2 motion to strike expert from defendants' witness list w/att
                         exhs.

  135 -   2   02/11/04   HRH Order granting unopposed motion to postpone trial setting until the
                         motion in limine has been decided (135-1).  cc: cnsl

  137 -   1   02/11/04   HRH Order granting motion for extension of time to respond to
                         defendants' motion to exclued evidence (132-1).  cc: cnsl

  138 -   1   02/11/04   HRH Order granting motion for second extension of time to respond to
                         defendants' motion to exclude evidence until 2/13/04 (134-1) cc: cnsl

  139 -   1   02/13/04   PLF 1 opposition to DEF 1-6 motion to exclude evidence (130-1) w/att
                         exhs.

  140 -   1   02/19/04   DEF 1 motion for extension of time until 3/12/04 to file a reply to the
                         motion to exclude evidence.

  141 -   1   02/23/04   DEF 2 opposition to DEF 1-2 motion to strike expert from defendants'
                         witness list (136-1) w/att exhs.

  142 -   1   03/04/04   PLF 1 motion for extension of time until 3/8/04 to respond to
                         defendant's opposition to pfl's motion to strike expert form defs'
                         witness list.

  143 -   1   03/08/04   HRH Order granting motion for extension of time until 3/8/04 to respond
                         to defendant's opposition to plf's motion to strike expert form defs'
                         witness list (142-1).  cc: cnsl

  144 -   1   03/08/04   PLF 1 reply to opposition to DEF 1-2 motion to strike expert from
                         defendants' witness list (136-1).

  145 -   1   03/11/04   HRH Order granting motion for extension of time until 3/12/04 to file a
                         reply to the motion to exclude evidence (140-1).  cc: cnsl
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                              "KENNETH WELCH V MOA ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 146 - 1 | 03/11/04 | DEF 1 reply to opposition to DEF 1-6 motion to exclude evidence (130-1). |
| 147 - 1 | 03/22/04 | HRH Order denying motion to strike expert from defendants witness list (136-1). Def, at his own cost, shall produce Fitzsimons for deposition in Anchorage, at a time convenient to plf's counsel due in may 2004. Def shall pay the attorney's fees and costs incurred by plf bring the mot to strike expert from defs' witness list.  Except for the deposition of Fitzsimons discovery is closed. If Wendt is substituting in of rWagstaff, that change of counsel shall be documented.  Otherwise Wagstaff of the Muni attorney will control the case and shall speak for Udland.  cc: cnsl |
| 148 - 1 | 04/02/04 | HRH Order denying motion to exclude evidence (130-1). The parties shall proceed with certification of readiness in accordance with the court's order of 1/30/04.  cc: cnsl |
| 149 - 1 | 04/28/04 | DEF 1-2 Attorney Appearance of Douglas S Parker, Preston, Gates & Ellis LLP. |
| 150 - 1 | 04/28/04 | DEF 1-2 motion of withdrawal of attorney Robert Wagstaff and substitution of Douglas S. Parker. |
| 150 - 2 | 05/04/04 | HRH Order granting motion of withdrawal of attorney Robert Wagstaff and substitution of Douglas S. Parker as counsel for Udland (150-1).  cc: cnsl |
| 151 - 1 | 05/04/04 | This docket entry not used. |
| 152 - 1 | 05/06/04 | HRH Minute Order the court called upon the parties to report on the readiness of this case for trial.  No report has been filed. Counsel shall confer and file the required report w/in 15 days.  cc: cnsl |
| 153 - 1 | 05/21/04 | PLF 1 Status Report to the court re: readiness for trial w/att exhs. |
| 154 - 1 | 05/21/04 | DEF 1-2 Certificate of readiness for trial. |
| 155 - 1 | 06/04/04 | HRH Trial Setting Order. Counsel to submit dates for a mediation with another judge.  Jury trial is set for 2/14/05.  The court to issue pretrial order. cc: cnsl, Jury Clerk |
| 156 - 1 | 06/04/04 | HRH Order for pretrial proceedings and FPTC setting the following dates: TBJ set 2/14/05 at 9:00 a.m., FPTC set 02/08/05 at 4:00 p.m.;Trl brfs due 1/19/05. Exhibits due 12/08/04. cc: cnsl, Jury Clerk |
| 157 - 1 | 09/13/04 | PLF 1 Attorney Appearance Randall Simpson as co -cnsl. |
| 158 - 1 | 09/22/04 | PLF 1; DEF 1-2 Stipulation for extension of time (to 10/1/04) to file motion to exclude testimony. |
| 158 - 2 | 09/24/04 | HRH Order granting stipulation for extension of time (to 10/1/04) to file motion to exclu (158-1).  cc: cnsl |
| 159 - 1 | 10/01/04 | PLF 1 Stipulation for extension of time (to 10/8/04) to file motion to exclude testimony. |
| 159 - 2 | 10/05/04 | HRH Order granting Stipulation for extension of time (to 10/8/04) to file motion to exclu (159-1).  cc: cnsl |

Case 3:00-cv-00055-HRH   Document 298   Filed 02/23/2000   Page 12 of 19

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                                "KENNETH WELCH V MOA ET AL"

                                    For all filing dates
```

```
Document #    Filed       Docket text

   160 -  1   10/08/04    PLF 1 motion to exclude expert testimony of chief Fitzsimons w/att
                          memo/exhs.

   161 -  1   10/20/04    HRH Order that cnsl confer and on/before 11/1/04 report to crt re:
                          availability for an alternative trial date.  cc: cnsl

   162 -  1   10/27/04    PLF 1; DEF 1-2 Stipulation that defs 1 and 2 have until 10/29/04 to file
                          oppo to motion to exclude expert testimony of Chief Fitzsimons.

   162 -  2   10/28/04    Order granting stipulation that defs 1 and 2 have until 10/29/04 to file
                          oppo to motion to exclude expert testimoy of Chief Fitzsimons (162-1).

   163 -  1   10/29/04    DEF 1-2 Unopposed motion for extension of time until 11/1/04 to file
                          opposition to plf's motion to exclude expert testimony.

   163 -  2   10/29/04    Order granting Unopposed motion for extension of time until 11/1/04 to
                          file opposition to plf's mot to exclude expert testimony (163-1).  cc:
                          cnsl

   164 -  1   11/01/04    PLF 1; DEF 1-2 Report of cnsl on trial dates.

   165 -  1   11/01/04    DEF 1-2 opposition to PLF 1 motion to exclude expert testimony of chief
                          Fitzsimons (160-1) w/att exhs.

   166 -  1   11/08/04    HRH Minute Order that 2/8/05 FPTC and 2/14/05 TBJ are VACATED; FPTC set
                          4:00 p.m., 3/30/05; TBJ set 9:00 a.m., 4/4/05.  cc: cnsl, JC

   167 -  1   11/09/04    PLF 1 reply to opposition to PLF 1 motion to exclude expert testimony of
                          chief Fitzsimons (160-1).

   168 -  1   11/23/04    Stipulation for extension of time of pre-trial deadlines.

   168 -  2   11/29/04    HRH Order approving stip for ext of time of pre-trial ddlns (168-1)
                          w/exception of evidentiary mots; exh rvw by 2/14/05; trial docs due
                          3/21/05. cc: cnsl

   169 -  1   12/01/04    DEF 1-2 motion to extend pretrial deadline for evidentiary motions from
                          12/1/04 to 12/15/04 w/att aff.

   170 -  1   12/06/04    HRH Order granting mot to extend pretrial ddln for evid mots from
                          12/1/04 to 12/15/04 (169-1). cc: cnsl

   171 -  1   12/09/04    HRH Order granting motion to exclude expert testimony of chief
                          Fitzsimons (160-1). cc: cnsl

   172 -  1   12/15/04    DEF 1-2 motion in limine w/att sealed memo & aff.

   173 -  1   12/23/04    DEF 1 Attorney Substitution of Theresa Hillhouse (MUNI) for Shelley
                          Ebenal (MUNI) and Linda J. Johnson (MUNI).

   174 -  1   12/29/04    PLF 1 motion for extension of time until 1/28/05 to file plaintiff's
                          response to defendant's motion in limine.

   175 -  1   01/04/05    DEF 1-2 opposition to PLF 1 motion for extension of time until 1/28/05
                          to file plaintiff's response to defendant's motion in limine. (174-1).

   176 -  1   01/10/05    HRH Order plaintiff's response to de (174-1) HRH Order plf's response to
                          the def's mot in limine shall be served and filed by the COB 1/18/05.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                      "KENNETH WELCH V MOA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cc: cnsl |
| 177 - 1 | 01/18/05 | PLF 1 Notice of filing under seal. |
| 178 - 1 | 01/18/05 | {SEALED} |
| 179 - 1 | 01/28/05 | DEF 1-2 reply to opposition to DEF 1-2 motion in limine (172-1) w/att exh. |
| 180 - 1 | 02/10/05 | DEF 1-2 Affidavit re: DEF 1-2 motion in limine w/att sealed memo & aff. (172-1). |
| 181 - 1 | 02/14/05 | PLF 1 Final Witness List. |
| 182 - 1 | 02/14/05 | PLF 1 Deposition designation. |
| 183 - 1 | 02/14/05 | DEF 1-2 Final Witness List. |
| 184 - 1 | 02/14/05 | DEF 1-2 Trial Exhibit List. (one white binder forwarded to Judge) |
| 185 - 1 | 02/14/05 | DEF 1-2 motion for one day extensio of time to file joint statement of issues & uncontested facts. |
| 185 - 2 | 02/15/05 | HRH Order granting mot for 1 day ext of time to file joint statement of issues & uncontested facts (185-1). cc: cnsl |
| 186 - 1 | 02/15/05 | PLF 1 Trial Exhibit List. (one black binder forwarded to Judge) |
| 187 - 1 | 02/16/05 | DEF 1-2 Errata to def's final wit list w/att list. |
| 188 - 1 | 02/16/05 | DEF 1-2 Statement of legal issues. |
| 189 - 1 | 02/16/05 | PLF 1; DEF 1-2 joint submission regarding statement of uncontested facts. |
| 190 - 1 | 02/17/05 | PLF 1 Statement of issues. |
| 191 - 1 | 02/22/05 | DEF 1-2 Objections to plf's exhs. |
| 192 - 1 | 02/22/05 | DEF 1-2 Objections to plf's deposition designations. |
| 193 - 1 | 02/22/05 | PLF 1 Objections to defs' trial exh list. |
| 194 - 1 | 02/22/05 | PLF 1 Objections to defs' final wit list. |
| 195 - 1 | 02/23/05 | DEF 1-2 Supplement re: objections to plaintiff's exhibits. |
| 196 - 1 | 02/24/05 | PLF 1 motion to strike witnesses from defendant's final witness list. |
| 197 - 1 | 02/28/05 | PLF 1 reply to defs' objs to plf's depo designations. |
| 198 - 1 | 02/28/05 | PLF 1 reply to defs' objs to plf's trial exhs. |
| 199 - 1 | 02/28/05 | DEF 1-2 reply in support of prop exhs. |
| 200 - 1 | 03/04/05 | PLF 1 Notice of lodging plf's trial exh no. 28. (copy of exh forwarded to judge's chamber) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                          "KENNETH WELCH V MOA ET AL"

                              For all filing dates


Document #   Filed      Docket text

  201 -  1   03/09/05   HRH Order granting/denying motion in limine (172-1); plf to file by
                        3/21/05 written offers of proof as to each comparator; defs may renew
                        mot in limine after plf's offers of proof are fld.

  202 -  1   03/09/05   DEF 1-2 Notice of lodging defs' trial exhs F, G, H & W. (fowarded tapes
                        F, G & H to chambers)

  203 -  1   03/09/05   DEF 1-2 motion to strike expert report & testimony w/att aff & exhs.

  204 -  1   03/09/05   DEF 1-2 motion for expedited consideration of motion to strike expert
                        report & testimony.

  205 -  1   03/10/05   HRH Order granting motion for expedited consideration of motion to
                        strike expert report & testimony (204-1).  cc: cnsl

  206 -  1   03/14/05   DEF 1-2 opposition to PLF 1 motion to strike witnesses from defendant's
                        final witness list (196-1).

  207 -  1   03/15/05   PLF 1 opposition to DEF 1-2 motion to strike expert report & testimony
                        w/att aff & exhs. (203-1) w/att aff & exhs.

  208 -  1   03/16/05   DEF 1-2 reply to opposition to DEF 1-2 motion to strike expert report &
                        testimony (203-1).

  209 -  1   03/21/05   HRH Order granting motion to strike expert report & testimony (203-1).
                        cc: cnsl

  210 -  1   03/21/05   PLF 1 Unopposed motion for extension of time until 3/24/05 to file jury
                        instructions, trial brief, voir dire & written offers of proof.

  210 -  2   03/22/05   HRH Order granting unoppo mot for ext of time until 3/24/05 to file jury
                        instructions, trial brf, voir dire & written offers of proof (210-1).
                        cc: cnsl

  211 -  1   03/23/05   DEF 1-2 Trial Brief.

  212 -  1   03/23/05   DEF 1-2 Proposed Voir Dire.

  213 -  1   03/23/05   DEF 1-2 Proposed Jury Instructions.

  214 -  1   03/24/05   PLF 1 Proposed Jury Instructions.

  215 -  1   03/24/05   PLF 1 Trial Brief.

  216 -  1   03/24/05   PLF 1 reply to opposition to PLF 1 motion to strike witnesses from
                        defendant's final witness list (196-1) w/att exhs.

  217 -  1   03/24/05   PLF 1 Response to Order dkt 201 & dkt 210.  Plf's offers of proof re:
                        comparators w/att exhs

  218 -  1   03/24/05   PLF 1 motion for reconsideration of order striking expert report because
                        of defendants' negligent representation.

  219 -  1   03/24/05   PLF 1 Proposed Voir Dire.

  220 -  1   03/25/05   HRH Minute Order re def's oppo to pltf's mot for reconsideration (218-1)
                        due NOON 3/29/04; FPTC set for 3/30/05 at 4:00 p.m. is RESET for 2:00

ACRS: R_VDSDX              As of 12/01/05 at 2:57 PM by GARRY                     Page 12
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                              "KENNETH WELCH V MOA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | p.m. cc: cnsl |
| 221 - 1 | 03/25/05 | PLF 1 Errata to response to orders at dkt # 201 & 210 re: offer of proof re: comparators. |
| 222 - 1 | 03/25/05 | DEF 1-2 motion to allow telephonic testimony. |
| 223 - 1 | 03/29/05 | DEF 1-2 opposition to PLF 1 motion for reconsideration of order striking expert report because of defendants' negligent representation (218-1) w/att exhs. |
| 224 - 1 | 03/29/05 | PLF 1 reply to opposition to PLF 1 motion for reconsideration of order striking expert report because of defendants' negligent representation. (218-1). |
| 225 - 1 | 03/29/05 | {SEALED} |
| 226 - 1 | 03/30/05 | HRH Order denying motion for reconsideration of order striking expert report because of defenda (218-1).  cc: cnsl |
| 222 - 2 | 03/31/05 | HRH Order granting motion to allow telephonic testimony (222-1). cc: cnsl |
| 227 - 1 | 03/31/05 | DEF 1-2 Notice re: disclosure of witness Herschel Brewington w/att exh. |
| 228 - 1 | 03/31/05 | HRH Order granting/denying motion to strike witnesses from defendant's final witness list (196-1). cc: cnsl |
| 229 - 1 | 03/31/05 | PLF 1 motion to accept late filed jury instructions. |
| 229 - 2 | 03/31/05 | HRH Order granting motion to accept late filed jury instructions (229-1). cc: cnsl |
| 229 - 3 | 03/31/05 | PLF 1 Jury Instructions. |
| 230 - 1 | 03/31/05 | PLF 1 motion to use videoclips of party deponents chief Walter Monegan, Tom Nelson and def Duane Udland w/the DEPS. |
| 230 - 2 | 03/31/05 | HRH Order granting motion to use DEPS (230-1). cc: cnsl, Ann |
| 231 - 1 | 03/31/05 | PLF 1 motion for expedited consideration re 230-1 w/att aff. |
| 232 - 1 | 03/31/05 | PLF 1 updated designation of deposition transcripts by pltf. |
| 233 - 1 | 03/31/05 | HRH Order granting motion for expedited consideration re 230-1 (231-1). cc: cnsl |
| 234 - 1 | 03/31/05 | PLF 1 opposition to DEF 1-2 motion (renewed) in limine (225-1) w/att exhs. |
| 235 - 1 | 03/31/05 | HRH Minute Order re crt's order at doc 228 on pltfs motion to strike at doc 196 is deemed revised as directed. cc: cnsl |
| 236 - 1 | 04/01/05 | DEF 1-2 Objections to plf's updated deposition designations submitted on shortened time. |
| 237 - 1 | 04/01/05 | HRH Order granting/denying as stated motion (renewed) in limine (225-1). cc: cnsl |

Case 3:00-cv-00055-HRH   Document 298   Filed 02/23/2000   Page 16 of 19

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                                "KENNETH WELCH V MOA ET AL"

                                    For all filing dates
```

```
 Document #    Filed      Docket text

  238 -   1   04/01/05    PLF 1; DEF 1-2 Stipulation for dimissal of certain claims & defenses.

  238 -   2   04/01/05    HRH Order granting stipulation for dimissal of certain claims & defenses
                          (238-1). cc: cnsl

  239 -   1   04/01/05    PLF 1 Notice of lodging pltf's amended trial exh no. 28.

  240 -   1   04/05/05    HRH Court Minutes [ECR: Robin Carter/Linda Christensen] re TBJ-Day 1
                          (held 4/4/05); reconvene on 4/5/05 at 9:00 am.

  240A-   1   04/06/05    DEF 1-2 Memo in support of mot for directed verdict.

  240B-   1   04/06/05    PLF 1 Memo re: prop jury instructions.

  241 -   1   04/07/05    HRH Court Minutes [ECR: Robin Carter/Linda Christensen] re TBJ-Day 2
                          (held 4/5/05); reconvene on 4/6/05 at 9:00 am.

  242 -   1   04/07/05    PLF 1 memo of law re: defs' qualified immunity defense.

  243 -   1   04/07/05    HRH Court Minutes [ECR: Robin Carter] Re: TBJ Day 3 held (4/6/05):
                          reconvene  4/7/05 at 9:00 a.m.  cc: cnsl

  244 -   1   04/07/05    HRH Court Minutes [ECR: Caroline Edmiston] re:TBJ Day 4 (held 04/07/05);
                          reconvene on 04/08/05 at 8:45 a.m.; def's oral mot for judg of acq
                          Denied. cc: cnsl

  245 -   1   04/07/05    PLF 1 memo re: prop jury instructions.

  246 -   1   04/07/05    PLF 1 Objections to crt's prop jury instructions.

  247 -   1   04/11/05    HRH Court Minutes [ECR: Robin Carter] re TBJ-Day 5 (held 4/8/05); jury
                          deliberations begun; jurors to return 4/11/05 at 9:00 am to resume
                          deliberations.

  248 -   1   04/11/05    HRH Court Minutes [ECR: Caroline Edmiston] re TBJ Day 6 (held 04/11/05);
                          Verdict published; deft Udland Not Guilty; jury polled; jury unable to
                          reach a verdict & mistrial as to deft Municipality of Anchorage; Jury
                          panel excused; Pltf to notify court by 04/29/05 re request for new TBJ;
                          Deft's oral mot to speak to jury panel Denied; w/att wit & exh list and
                          jury notes. cc: cnsl

  249 -   1   04/11/05    DEF 2 Verdict.

  250 -   1   04/11/05    PLF 1; DEF 1-2 Jury Instructions.

  251 -   1   04/12/05    HRH Order that cnsl confer re: retrial against DEF 1; rpt as to stat of
                          retrial due 4/22/05. cc: cnsl

  252 -   1   04/12/05    HRH Partial Judgment dismissing plf's cmplt against DEF 2 w/prej. cc:
                          cnsl, O&J 11803

  253 -   1   04/22/05    PLF 1 Report re: status.

  253 -   2   04/22/05    PLF 1 motion (request) for status conference.

  254 -   1   04/22/05    DEF 1-2 Bill of Costs w/att exhs.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                    "KENNETH WELCH V MOA ET AL"

                         For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 255 - 1 | 04/22/05 | DEF 1-2 Notice of cost bill hrg set for 4/28/05 at 9am. |
| 256 - 1 | 04/26/05 | HRH Minute Order granting mot (req) for stat conf (253-2); S&P conf set 5/5/05 @ 4:00 p.m. in chambers.   cc: cnsl |
| 257 - 1 | 05/05/05 | Clerk's Notice re: def's cost bill.  Plf's cnsl raised the question of prevailing party.  The actual taxation will be deferred pending the parties obtaining a ruling from the judge on the prevailing party issue.  cc: cnsl |
| 258 - 1 | 05/10/05 | HRH Order setting TBJ on plf's remaining clm against DEF 1 on 11/28/05 @ 9:00 a.m.; trial length estimate is 5 days; certain mots due 5/16/05; further FPTC may be requested no later than 30 days prior to new trial date.   cc: cnsl, JC |
| 259 - 1 | 05/11/05 | PLF 1 motion to allow expert report and testimony on revised damage calculation. |
| 260 - 1 | 05/16/05 | PLF 1 motion to supplement witness list. |
| 261 - 1 | 05/16/05 | PLF 1 motion to compel production of new documents & unredacted copies of comparators' discipline files & other documents w/att exh. |
| 262 - 1 | 05/16/05 | DEF 1 motion for summary judgment regarding impact of defense verdict for Udland w/att memo, aff & exhs. |
| 262A- 1 | 05/31/05 | DEF 1 opposition to PLF 1 motion to supplement witness list (260-1) w/att exhs. |
| 263 - 1 | 05/31/05 | DEF 1 opposition to PLF 1 motion to compel production of new documents & unredacted copies of comparators' discipline files & other documents (261-1) w/att exh. |
| 264 - 1 | 05/31/05 | DEF 1 opposition to PLF 1 motion to allow expert report and testimony on revised damage calculation. (259-1) w/att exh. |
| 265 - 1 | 06/03/05 | PLF 1 opposition to DEF 1 motion for summary judgment regarding impact of defense verdict for Udland (262-1) w/att exhs. |
| 266 - 1 | 06/10/05 | PLF 1 reply to opposition to PLF 1 motion to allow expert report and testimony on revised damage calculation (259-1). |
| 267 - 1 | 06/10/05 | PLF 1 reply to opposition to PLF 1 motion to supplement witness list (260-1) w/att exhs. |
| 268 - 1 | 06/10/05 | PLF 1 reply to opposition to PLF 1 motion to compel production of new documents & unredacted copies of comparators' discipline files & other documents (261-1) w/att exhs. |
| 269 - 1 | 06/10/05 | DEF 1 reply to opposition to DEF 1 motion for summary judgment regarding impact of defense verdict for Udland (262-1) w/att aff & exhs. |
| 270 - 1 | 06/14/05 | HRH Order granting mot to allow expert rpt & testimony on revised damage calculation (259-1); plf's expert rpt to be served on def by 6/27/05; def's rpt to be served by 7/29/05.   cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                              "KENNETH WELCH V MOA ET AL"

                                 For all filing dates


Document #    Filed     Docket text

 271 -   1   06/16/05   HRH Order denying mot to suppl wit list (260-1); granting/denying mot to
                        compel production of new docs & unredacted copies of comparato (261-1).
                        cc: cnsl

 272 -   1   06/17/05   HRH Order denying mot for sj re: impact of defense verdict for Udland
                        (262-1). cc: cnsl

 273 -   1   10/11/05   Partial Transcript re Trial by Jury Day 1 (held 4/4/05).

 274 -   1   10/11/05   Partial Transcript re Trial by Jury Day 2 (held 4/5/05).

 275 -   1   10/11/05   Partial Transcript re Trial by Jury - Day 3 (held 4/6/05).

 276 -   1   10/11/05   Transcript re Trial by Jury - Day 4 (held 4/7/05).

 277 -   1   10/26/05   DEF 1 motion (request) for pretrial conference.

 278 -   1   10/28/05   HRH Minute Order granting mot (req) for pretrial conf (277-1); pre-trial
                        conf set 10/31/05 @ 9:00 a.m. in chambers; cnsl for MOA may participate
                        telephonically. cc: cnsl

 279 -   1   10/31/05   HRH Order re: FPTC held 10/31/05; ord addresses updated wit lists, jury
                        instr & solicitation of input by 11/10/05 re: jury trial. cc: cnsl

 280 -   1   11/02/05   DEF 1 Submission of unredacted copies of exhs w/att exhs.

 281 -   1   11/04/05   PLF 1 motion to used the Digital Evidence Presentation System.

 281 -   2   11/04/05   HRH Order granting motion to used the Digital Evidence Presentation
                        System (281-1). cc: cnsl, Ann, John

 282 -   1   11/04/05   doc #282 NOT USED.

 283 -   1   11/07/05   DEF 1 Final Witness List.

 284 -   1   11/07/05   PLF 1 Revised Final Witness List.

 285 -   1   11/07/05   DEF 1-2 non-opposition to use of DEPS.

 286 -   1   11/09/05   PLF 1 motion for protective order w/att exhs.

 287 -   1   11/09/05   PLF 1 motion for shortened time consideration of motion for protective
                        order w/att aff.

 288 -   1   11/09/05   HRH Order granting motion for shortened time consideration of motion for
                        protective order (287-1).  Def's  response to the mot for protective
                        order is due by 11/14/05 and plf's reply is due by 11/17/05.  cc: cnsl

 289 -   1   11/10/05   PLF 1 motion on jury instruction w/att memo & prop jury instructions.

 290 -   1   11/10/05   DEF 1 Memo re: revised instructions & front pay issue w/att exhs.

 291 -   1   11/14/05   DEF 1 opposition to PLF 1 motion for protective order (286-1) w/att aff
                        & exhs.

 292 -   1   11/14/05   PLF 1 Supplement to revised final wit list.


ACRS: R_VDSDX                  As of 12/01/05 at 2:57 PM by GARRY                      Page 16
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A00-0055--CV (HRH)
                         "KENNETH WELCH V MOA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 293 - 1 | 11/17/05 | PLF 1 reply to opposition to PLF 1 motion for protective order (286-1). |
| 294 - 1 | 11/21/05 | HRH Order granting/denying motion for protective order (286-1). cc: cnsl |
| 295 - 1 | 11/22/05 | HRH Order re: retrial proceedings. cc: cnsl |
| 296 - 1 | 11/23/05 | DEF 1 Notice of settlement; stip for dismissal to be fld after settl docs executed. |
| 297 - 1 | 11/23/05 | HRH Minute Order that 11/28/05 TBJ vacated. cc: cnsl, JC |
| 298 - 1 | 11/28/05 | HRH Minute Order that plf present appropriate closing papers by 12/23/05 or a brief stat rpt. cc: cnsl |