- 1 -

MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| KENNETH WELCH | v. | MUNICIPALITY OF ANCHORAGE, et al. |
|---|---|---|
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   A00-0055-CV (HRH) |
| Deputy Clerk | | Official Recorder |

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed plaintiff's status report (Clerk's Docket No. 299) and second status report (Clerk's Docket No. 300) concerning the settlement of this case.

The parties will please present the appropriate closing papers on or before January 20, 2006. If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file with the court a brief status report, updating the court as to the progress of completing this case.

- 1 -