Mark A. Ertischek
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax (907) 343-4550
e-mail: uslit@muni.org

Attorney for Defendant
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH WELCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THE MUNICIPALITY OF ANCHORAGE, and CHIEF DUANE UDLAND, | ) ) ) |
| Defendants, | ) Case No. A00-055 CIV (HRH) ) |

## SUBSTITUTION OF COUNSEL

Defendant Municipality of Anchorage hereby gives notice to this Court that Assistant Municipal Attorney Mark A. Ertischek is replacing Assistant Municipal Attorneys Theresa Hillhouse for the Municipality of Anchorage in the above-referenced case, and requests that all future correspondence and documents pertaining to this action be forwarded by e-mail to uslit@muni.org.

Respectfully submitted January 18, 2006.

                                FREDERICK H. BONESS
                                Municipal Attorney


                            By: /s/ Mark Ertischek_____
                                Mark Ertischek
                                Assistant Municipal Attorney
                                Alaska Bar No 7410073

The undersigned hereby certify that on 1/18/06 a true and correct copy
of the *Substitution of Counsel* was served by first class regular mail, or
by electronic means through the ECF system as indicated on the Notice of Electronic Filing

/s/ _Retah Hicks_____
Retah Hicks, Legal Secretary
Municipal Attorney's Office