Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Kenneth Welch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH WELCH,                              )<br>                                                             )<br>                    Plaintiff,              )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>THE MUNICIPALITY OF ANCHORAGE,  )<br>CHIEF DUANE UDLAND,                   )<br>DEPUTY CHIEF MARK MEW,             )<br>CAPTAIN TOM KATKUS,                    )<br>CAPTAIN BRUCE RICHTER,              )<br>LIEUTENANT GARRY GILLIAM,         )<br>                                                             )<br>                    Defendants.         )<br>_____) | Case No. 3:00-cv-0055-HRH |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The undersigned parties, by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice, each party to bear its own costs and attorney fees.

                                                      KENNETH W. LEGACKI, P.C.
                                                      Attorney for Plaintiff

DATED: January 19, 2006          By   s/Kenneth W. Legacki
                                                          Kenneth W. Legacki, ABA No. 8310132
                                                           425 G Street, Suite 920
                                                           Anchorage, AK  99501
                                                           Telephone:  (907) 258-2422
                                                           Facsimile:  (907) 278-4848
                                                           E-mail:  legacki@gci.net


                                                  JERMAIN, DUNNAGAN & OWENS, P.C.
                                                  Attorneys for Plaintiff

DATED: January 19, 2006          By   s/Randall G. Simpson (consent)
                                                           Randall G. Simpson, ABA No. 7710166
                                                           3000 A Street, Suite 300
                                                           Anchorage, AK  99503
                                                           Telephone:  (907) 563-8844
                                                           Facsimile:  (907) 563-7322
                                                           E-mail: rsimpson@jdolaw.com


                                                  FREDERICK BONESS
                                                  Municipal Attorney
                                                  Attorney for Defendant Municipality
                                                    of Anchorage

DATED: January 19, 2006          By   s/Mark A. Ertischek (consent)
                                                           Mark A. Ertischek, ABA No. 7410073
                                                           Assistant Municipal Attorney
                                                           632 West Sixth Avenue, Suite 730
                                                           Post Office Box 196650
                                                           Anchorage, AK  99519-6650
                                                           Telephone:  (907) 343-4545
                                                           Facsimile:  (907) 343-4550
                                                           E-mail:  uslit@muni.org

                                        PRESTON GATES & ELLIS, LLP
                                        Attorneys for Defendant Municipality of
                                          Anchorage

DATED: January 19, 2006        By   <u>s/Douglas S. Parker (consent)</u>
                                          Douglas S. Parker, ABA No. 8311168
                                          Jennifer M. Coughlin, ABA No. 9306015
                                          Preston Gates & Ellis, LLP
                                          420 L Street, Suite 400
                                          Anchorage, AK  99501
                                          Telephone:  (907) 276-1969
                                          Facsimile:  (907) 276-1365
                                          E-mail:  akfedecf@prestongates.com

I HEREBY CERTIFY that on the 19th day of January, 2006, a copy of the foregoing Stipulation for Dismissal With Prejudice was served electronically on:

Randall G. Simpson, Esq.
Mark A. Ertischek, Esq.
Douglas S. Parker, Esq.

and was served by regular U.S. mail on:

Theresa Hillhouse
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK  99519-6650

      <u>s/Kenneth W. Legacki</u>