Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff
Kenneth Welch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KENNETH WELCH,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MUNICIPALITY OF ANCHORAGE,<br>CHIEF DUANE UDLAND,<br>DEPUTY CHIEF MARK MEW,<br>CAPTAIN TOM KATKUS,<br>CAPTAIN BRUCE RICHTER,<br>LIEUTENANT GARRY GILLIAM,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:00-cv-0055-HRH |

**(PROPOSED)**
**ORDER DISMISSING CIVIL ACTION WITH PREJUDICE**

The parties having stipulated to the dismissal of the above-captioned case with prejudice, and the Court being duly advised in the

premises,

      IT IS HEREBY ORDERED that this civil action is dismissed with prejudice, each party to bear its own costs and attorney fees.

      DATED this _____ day of _____, 2006.

_____
The Honorable H. Russel Holland
United States District Judge

I HEREBY CERTIFY that on the 19th day of
January, 2006, a copy of the foregoing
(Proposed) Order Dismissing Civil Action
With Prejudice was served electronically on:

Randall G. Simpson, Esq.
Mark A. Ertischek, Esq.
Douglas S. Parker, Esq.

and was served by regular U.S. mail on:

Theresa Hillhouse
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK  99519-6650

    s/Kenneth W. Legacki