IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


KENNETH WELCH,                          )
                                        )
                    Plaintiff,          )
                                        )
          vs.                           )
                                        )
MUNICIPALITY OF ANCHORAGE, et al.,      )
                                        )        No. A00-0055-CV (HRH)
                    Defendants.         )
_____)


O R D E R

Case Dismissed

The parties having stipulated to the dismissal of the above-captioned case with prejudice,[1] and the court being duly advised in the premises,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED at Anchorage, Alaska, this 25th day of January, 2006.


                              /s/ H. Russel Holland
                              United States District Judge

_____

[1]    Clerk's Docket No. 303.